3:24-cv-304-MPM-JMV

# EXHIBIT A

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts (Rev 2020)

**Court Identification Docket #**
- County #: 47
- Judicial District: 3
- Court ID (CH, CI, CO): CI

Month/Date/Year: 08/26/24

**Case Year:** 2024
**Docket Number:** 383-CV

In the **CIRCUIT** Court of **MARSHALL** County — **3rd** Judicial District

**Origin of Suit:** [X] Initial Filing

**Plaintiff (Individual):**
- Last Name: FERRIS
- First Name: WILLIAM
- M.I.: J
- Jr/Sr/III/IV: III

**Address of Plaintiff:** 230 ROBERTS AVE. HOLLY SPRINGS, MS 38635

**Attorney (Name & Address):** PRO SE

Signature of Individual Filing: [signed] , PRO SE

**Defendant (Business):** AMAZON.COM SERVICES LLC

**Nature of Suit:**
- Business/Commercial: [X] Employment
- Torts: [X] Intentional Tort