**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**WILLIAM J FERRIS, III**                                                                        **PLAINTIFF**

**v.**                                                                        **No. 3:24-cv-304-MPM-JMV**

**AMAZON.COM SERVICES, LLC**                                                                        **DEFENDANT**

**ORDER**

Regarding Plaintiff William J. Ferris' Response in Opposition [14] that also includes a request for summary judgment: The Northern District of Mississippi's Uniform Local Rule 7(b)(3)(C) states, "A response to a motion may not include a counter-motion in the same document. Any motion must be an item docketed separately from a response." Accordingly, although this Court will consider all the arguments made by Plaintiff Ferris in his response, it will not treat the response as a summary judgment motion. If Plaintiff wishes to file a summary judgment motion, he must do so in a separate filing.

**SO ORDERED AND ADJUDGED** this the 14th day of November, 2024.

/s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI