**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**WILLIAM J. FERRIS III**                                                                                **PLAINTIFF**

**v.**                                           **No. 3:24-cv-304-MPM-JMV**

**AMAZON.COM SERVICES, LLC**                                         **DEFENDANT**

## SHOW CAUSE ORDER

This matter comes before the Court on its own motion. The Court has serious concerns that the pleadings and memoranda submitted in this case by Plaintiff William J. Ferris III (Mr. Ferris) contain fictitious legal authorities generated by artificial intelligence (AI).

Federal Rule of Civil Procedure 11(b) requires that when "presenting to the court a pleading, written motion, or other paper--whether by signing, filing, submitting, or later advocating it--an attorney or unrepresented party certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances: … (2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law." Fed. R. Civ. P. 11(b)(2).

Mr. Ferris' *pro se* complaint [2] and response in opposition to Defendant Amazon.com Services, LLC's (Amazon) motion to dismiss [7] reference case law that does not exist. The submission of fictitious legal authorities violates Rule 11 and undermines the integrity of the judicial process.

The Court is inclined to dismiss Mr. Ferris' claims for violating this rule. However, given Mr. Ferris' *pro se* status, he will be given an opportunity to show cause as to why his claims should

not be dismissed for submitting fictitious legal contentions to this Court before any further action is taken.

Accordingly, IT IS HEREBY ORDERED that Mr. William J. Ferris III shall appear before this Court on April 8th at 10:00 AM, Courtroom 3 East, 911 Jackson Avenue, Oxford, Mississippi, to show cause why his claims should not be dismissed for violating Rule 11 by submitting pleadings with fictitious authorities generated by artificial intelligence. Mr. Ferris must explain the circumstances that led to the submission of the fictitious authorities and provide reasons why the Court should not dismiss his claims.

Failure to comply with this Order to Show Cause may result in the dismissal of Mr. Ferris' claims with prejudice and the imposition of sanctions, including but not limited to, monetary penalties, such as awarding attorney's fees to the opposing party, or any other measures the Court deems appropriate to deter repetition of this conduct or comparable conduct by others similarly situated.

**SO ORDERED** this the 3rd day of March, 2025.

       /s/ Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI